IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01203-BNB

ELRADER BROWNING, JR.,

    Plaintiff,

v.

BLAKE DAVIS, Warden,
LOUIS MILUSNIC, Associate Warden,
MARK MUNSON, Associate Warden,
MARK COLLINS, Warden Assistant,
RUSS KRIST, Captain,
DAN SPROUL, Unit Manager, and
JEFF GEORGE, Discipline Hearing Off.,

    Defendants.

---

## ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

    DATED October 31, 2013, at Denver, Colorado.

                                   BY THE COURT:

                                   s/ Boyd N. Boland
                                   United States Magistrate Judge